UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS (DALLAS)

| | | |
|---|---|---|
| J-W OPERATING COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:11-cv-00920-F |
| | § | |
| OILFIELD SERVICES, LLC | § | |
| | § | |
| Defendant. | § | |

### PLAINTIFF J-W OPERATING COMPANY'S
### UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff J-W Operating Company ("J-W") and files this Unopposed Motion to Modify Scheduling Order as follows:

1. On October 31, 2011, J-W requested the deposition of the corporate representative of Defendant Oilfield Services, LLC ("Oilfield Services"). After no response to the request was received, J-W sent a notice for the deposition on November 7, 2011. Again, no response was received. Finally, after filing a Motion for Protective Order on the eve of the deposition and refusing to produce a witness, Defendant agreed to provide deposition dates.

2. The deposition of the Oilfield Services corporate representative has been scheduled by agreement for January 19-20, 2012. The deadline for Plaintiff to designate experts and make the expert disclosures required by Fed. R. Civ. P. 26(a)(2) is currently December 30, 2011. Defendant's expert designations and disclosures are scheduled for February 6, 2012.

3. Due to the difficulty in obtaining discovery necessary for expert designation due to the delay in obtaining the corporate representative deposition of Oilfield Services, J-W requests the Court modify the Scheduling Order as follows:

| | |
|---|---|
| February 3, 2012 | Deadline for Plaintiff to designate experts and make the expert disclosures required by FED. R. CIV. P. 26(a)(2). |
| February 17, 2012 | Deadline for Defendant to designate experts and make the expert disclosures required by FED. R. CIV. P. 26(a)(2). |

4. Oilfield Services is not opposed to the modification of the Scheduling Order as set forth herein.

WHEREFORE, PREMISES CONSIDERED, Plaintiff J-W Operating Company respectfully requests an Order from the Court modifying the Scheduling Order as set forth herein.

Respectfully submitted,

*/s/ Julie A. Walker*
Julie A. Walker
TX State Bar No. 24012970
jwalker@milmen.com
David A. Miller
TX State Bar No. 14067025
dmiller@milmen.com

MILLER MENTZER, P.C.
P. O. Box 130
100 N. Main St.
Palmer, Texas 75152
Telephone (972) 845-2222
Facsimile  (972) 845-3398
**ATTORNEYS FOR PLAINTIFF
J-W OPERATING COMPANY**

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that a conference was held on December 21, 2011 with counsel for Defendant Oilfield Services, LLC and Defendant has indicated it does not oppose the relief sought in this Motion.

*/s/ Julie A. Walker*
Julie A. Walker

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon the following parties or their counsel of record via the Court's electronic mailing system, this 21st day of December, 2011:

Douglas D. Fletcher
Keith Robb
Patrick Whitaker
FLETCHER, FARLEY, SHIPMAN &
SALINAS, L.L.P.
8750 N. Central Expressway, Suite 1600
Dallas, Texas 75231

*/s/ Julie A. Walker*
Julie A. Walker